## UNITED STATES BANKRUPTCY
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: Case No. 20-13811 | ) |
| KERRY L. TREDWAY, | ) |
| Debtor, | ) |
| | ) Bk No. 20-13811 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 20-00355 |
| Plaintiff, | ) |
| v. | ) Chapter 7 |
| | ) |
| KERRY L. TREDWAY, | ) Honorable A. Benjamin Goldgar |
| | ) |
| Defendant. | ) |

### AGREED JUDGMENT ORDER FOR THE NON-DISCHARGEABILITY OF A DEBT

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter;

IT IS HEREBY ORDERED THAT judgment is entered in favor of the plaintiff and against the defendant as follows:

1. Defendant, KERRY L. TREDWAY is indebted to plaintiff, Illinois Department of Employment Security ("IDES"), in the sum of $3,548.00.

2. This debt is non-dischargeable within the meaning of 11 U.S.C. §523(a)(2)(A).

Approved:

KERRY L. TREDWAY
Defendant

ANDREW L. DRYJANSKI
Assistant Attorney General
Attorney For Plaintiff IDES

JUDGE A. BENJAMIN GOLDGAR
United States Bankruptcy Court

ENTER: _____

DATED: November 4, 2020